LOSEY, Respondent, v. WORDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Minnie H. Losey, as executrix, etc., against Charles A. Warden. No opinion. Mo-

tion for leave to appeal to the Court of Appeals denied, with $10 costs.